DANIEL G. ARNSTEIN, Respondent, v. GLENS FALLS INSURANCE COMPANY, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ. [204 Misc. 1015.]

■

MAX FRIEDMAN, Appellant, v. JAYNE PRINCE, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Callahan, Bastow and Botein, JJ.

■

HARRY A. MARGOLIS, as Trustee in Bankruptcy of S. OLDMAN, INC., Respondent, v. PHILIP H. GREEN, Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ.

■

DEMI-MODES INC., Respondent, v. ACE PLAYTOGS CORP. et al., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ.

■

PAULINE MALKIN, Respondent, v. REYMONT PROPERTIES, INC., Appellant.— There was insufficient proof of damage as to the ring alleged to be valued at $500. Accordingly, the judgment is unanimously modified by striking out the damage awarded for this item and, as so modified, the judgment in the sum of $1,000 is affirmed, without costs. Settle order on notice. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE CABRERA, Appellant.— Judgment unanimously affirmed. No opinion. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ.

■

In the Matter of CENTRAL HANOVER BANK & TRUST COMPANY, as Surviving Trustee under the Will of CHARLES H. LELAND, Deceased, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [Harding Park and Clason Point, Borough of The Bronx.] — Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Callahan, Breitel, Bastow and Botein, JJ